UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Criminal Action No. 06-cr-00431-MSK

UNITED STATES OF AMERICA,

       Plaintiff,

v.

1.  RIGOVERTO VALLE-SIERRA,
    a/k/a "Jorge,"
2. JOSE ALFREDO SANCHEZ-GUSMAN,
   a/k/a Jose Alfredo Guzman,
   a/k/a "Macaco,"
3. **BOGAR GONZALEZ-ITUARET**,
   a/k/a Bogar Gonzalez-Ituarte,
   a/k/a "Hugo,"
   a/k/a Pedro Torres,
4. MARTIN GOMEZ-BERRERA,
   a/k/a Martin Gomez-Barrera,
   a/k/a "Huevo,"
   a/k/a "Huevito,"
   a/k/a Mario Alberto Osuna-Cuen,
5. **FERNANDO VALENZUELA-SOTO,**
   a/k/a Roberto Martinez-Beltran,
   a/k/a Mario Alberto Ozuna,
   a/k/a Mario Alberto,
   a/k/a "Jaime,"
   a/k/a Jose A. Zasueta,
   a/k/a Juan Al Parra,
   a/k/a Jaime Martinez-Beltran,
   a/k/a "Juan,"
   a/k/a 'Cameleon,"
   a/k/a "Sinola,"
6. HECTOR JESUS ZAMUDIO-TOLOZA,
   a/k/a Hector Jesus Zamudio-Tolosa,
   a/k/a "Tecate,"
7. JOSE QUINTANA,
   a/k/a "Chapo,"
   a/k/a "Chepo,"
   a/k/a 'Chepaneco,"

8. MICHAEL JAMES OVALLE,
   a/k/a Martin Ybarra-Mendoza,
9. ISMAEL GARCIA,
10. ELIZABETH MARCHAND,
    a/k/a Elizabeth Rodriguez,
11. MONICA ESTRADA,
    a/k/a Beatriz Delgado-Rodriguez,
12. AGUSTIN MAGANA-BERMEO,
13. **LARRY JOE HERNANDEZ**,
14. OMAR VALLE-SIERRA,
    a/k/a Omar Valle,
15. DEBBIE LEE MADRID,
    a/k/a Debbie Madrid,
16. LETICIA MOCTEZUMA,
    a/k/a "Lety,"
17. CHRISTINA FERNANDEZ-MOLINA,
    a/k/a 'Guera,"
18. ROBERT JOSE CERVANTES JR.,
19. ENEAS CAMACHO-DOMINGUEZ,
20. VINCE BENAVIDEZ, and
21. **LUIS LUNA,**
    a/k/a "Juan,"

        Defendants.

### ORDER NOTIFYING PARTIES OF JURY QUESTIONNAIRE PROCEDURE WITH REGARD TO THE TRIAL COMMENCING ON JUNE 9, 2008

The Court hereby notifies the parties that the following procedure will be used with regard to the jury questionnaires for the trial scheduled to commence on June 9, 2008.

It is anticipated that the prospective jurors will complete the questionnaires by **June 2, 2008**. The attorneys or their representatives shall contact the jury clerk, Joann Garcia, at (303) 335-2049 to make arrangements to review the questionnaires at the courthouse during the week prior to trial. If the parties all agree that a particular juror or jurors should be excused for cause, they shall jointly file a motion to excuse such juror or jurors **not later than noon on June 6,**

**2007.** All other challenges to the jurors are to be raised on the first day of trial during *voir dire*.

Attached to this Order is a copy of the questionnaire that will be used. Questions 29 and 30 refer to Exhibits A and B. If the parties desire these two questions to be included in the questionnaire, they shall submit Exhibits A and B to the chambers e-mail account, krieger_chambers@cod.uscourts.gov, no later than **April 21, 2008.**

**IT IS SO ORDERED**.

Dated this 8th day of April, 2008

                                      **BY THE COURT:**

                                      Marcia S. Krieger
                                      United States District Judge