IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
HONORABLE MARCIA S. KRIEGER

Courtroom Deputy: LaDonne Bush          Date: January 8, 2009
Court Reporter:  Paul Zuckerman
Probation Officer: Michelle Means

Criminal Action No. 06-cr-00431-MSK-13

*Parties*:                               *Counsel*:

UNITED STATES OF AMERICA,                Mark Barrett

        Plaintiff,

v.

13.  LARRY JOE HERNANDEZ,                Harvey Steinberg

        Defendant.

---

## SENTENCING MINUTES
---

**9:22 a.m.     Court in session**.

Defendant present in custody.

**Change of Plea Hearing on June 27, 2008.  Defendant pled guilty to Count Ten of the Indictment.**

Parties received and reviewed the presentence report and all addenda.

The parties do not dispute the facts contained in the presentence report.

The parties do not dispute the calculation of the sentence under the Federal Sentencing Guidelines as set forth in the original presentence report.

Defendant states that he desires to proceed with his plea of guilty.

**ORDER**:     The Rule 11(c)(1)(C) plea agreement and the defendant's plea of guilty are accepted.

Discussion regarding the Government's Motion for Thirty-five Percent Downward Departure and Response in Opposition to Further Departure and/or Variance (Doc. 979), as well as the Government's Supplement to It's Motion for Thirty-five Percent Downward Departure (Doc. 996).

Allocution.  No statement by counsel or the defendant.

After consideration of the provisions of 18 U.S.C. 3553 (a), the Court announces the sentence it intends to impose as reflected in the record. Counsel are offered the opportunity for further argument.

**ORDER**: Government's Motion for Thirty-five Percent Downward Departure and Response in Opposition to Further Departure and/or Variance (Doc. 979) is granted.

**ORDER:** **THE DEFENDANT IS SENTENCED AS REFLECTED IN THE RECORD.**

The defendant is advised of his right to appeal.

**ORDER:** Defendant is remanded to the custody of the United States Marshal for the District of Colorado.

**10:04 a.m.** **Court in recess.**

Time: 00:42
Hearing concluded.